O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. SA CR 13-0004 DOC |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) ) | (Allegations of Violations of Probation/ Supervised Release Conditions of |
| SALVADOR ALEX ESCAMILLA | ) ) | Release) |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

1    The court concludes:

2  A.    (✓)  Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that:
5           _Defendant submits to detention._
6           _____
7           _____
8           _____

10 (B)    (✓)  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _See above._
13          _____
14          _____
15          _____

17      IT IS ORDERED that defendant be detained.

21 DATED: August 2, 2016

23                              _____
24                              HONORABLE JAY C. GANDHI
                                UNITED STATES MAGISTRATE JUDGE